| ✎PS 16 (Rev. 2/91) | UNITED STATES DISTRICT COURT FEDERAL PROBATION/PRETRIAL SYSTEM  **PERMISSION TO TRAVEL** | ADDRESS OF PRETRIAL SERVICES OFFICE U.S. PROBATION OFFICE 520 W Soledad Ave, Fl 2 Hagatna, Guam 96910 Tel: (671) 969-4600 |
|---|---|---|

Date: June 13, 2019

McCarron, Michael
Case No. CR 19-00012-001
SS# XXX-XX-3055
DOB: XX/XX/1984
Ht: 6 ft 0 in
Wt: 200 lbs



**YOU ARE AUTHORIZED TO TRAVEL TO:** **Salt Lake City, Utah**

**LEAVING:** **June 14, 2019**   **AND RETURNING** **June 16, 2019**

***WITHIN 24 HOURS AFTER YOUR RETURN, YOU WILL CONTACT THE PROBATION OFFICE.**

**PURPOSE OF THIS TRIP:**

Visit family

**SPECIAL INSTRUCTIONS:** (INCLUDE REQUIREMENTS OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. You shall abide by your conditions of pretrial release;

2. You shall call your probation officer as soon as you are aware of the need to remain away from the District of Idaho for a longer period than authorized;

3. You shall call your probation officer if you change accommodations/location; and

4. You shall return your passport the following business day after your return.

**COPY EMAILED TO CHIEF PRETRIAL SERVICES OFFICER IN DISTRICT OF DESTINATION:**



TRINA P. DUENAS
U.S. PRETRIAL SERVICES OFFICER

**NAME**   Rosenlund, Jeff
Chief Probation Officer     ☐ Approved   ☐ Disapproved

**ADDRESS**   jeff_rosenlund@utp.uscourts.gov
utpml_coll_req@utp.uscourts.gov