KIM R. WALMSLEY
Chief U.S. Probation Officer
TRINA P. DUENAS
U.S. Probation Officer
The District Court of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910
Telephone: (671) 969-4600
Fax: (671) 969-4601


## THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO.: 19-00012-001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | REQUEST TO TRAVEL |
| vs. | ) | |
| | ) | |
| MICHAEL LOUIS MCCARRON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On March 6, 2019, an Indictment was filed charging the defendant, Michael McCarron, with Count 1: Attempted Enticement of a Minor, in violation of 18 U.S.C. §§ 2422(b) and 2; and Count 2: Attempted Transfer of Obscene Material to a Minor, in violation of 18 U.S.C. §§ 1470 and 2.

On April 11, 2019, the defendant appeared in the District Court of Guam for an Initial Appearance on an Indictment and an Arraignment. The Federal Public Defender was appointed to represent him and he entered a plea of not guilty. Pretrial release conditions were imposed by the Court and Trial dates were set. The case is currently scheduled for Trial on September 18, 2019.

Mr. McCarron is requesting to travel with his wife from his current residence in Idaho to Spokane, Washington via car to visit his mother. They intend to depart Idaho on July 31, 2019, or as soon as permission is granted by the Court, and return on August 14, 2019. According to the U.S. Probation Office in the District of Idaho, Mr. McCarron continues to comply with his release conditions. Criminal records check do not reveal any new arrests. While travelling, Mr. McCarron will continue to be on Location Monitoring with curfew. There are no minors living at the defendant's mother's residence. Assistant U.S. Attorney Stephen Leon Guerrero does not object to the proposed travel. This Officer supports the travel request and seeks the Court's approval.

Respectfully submitted,

KIM R. WALMSLEY
Chief U.S. Probation Officer

By:     /s/ TRINA P. DUENAS
U.S. Probation Officer

Reviewed by:

 /s/ GRACE D. FLORES
Deputy Chief U.S. Probation Officer