| ✎PS 16<br>(Rev. 2/91) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION/PRETRIAL SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PRETRIAL SERVICES OFFICE<br>U.S. PROBATION OFFICE<br>520 W Soledad Ave, Fl 2<br>Hagatna, Guam  96910<br>Tel: (671) 969-4600 |
|---|---|---|

Date:   July 31, 2019

McCarron, Michael Louis
Case No. CR 19-00012-001
SS# XXX-XX-3055
DOB: XX/XX/1984
Ht: 6 ft 0 in
Wt: 200 lbs



**YOU ARE AUTHORIZED TO TRAVEL TO:**   Spokane, WA

**LEAVING:**   July 31, 2019       **AND RETURNING**   August 14, 2019

***WITHIN 24 HOURS AFTER YOUR RETURN, YOU WILL CONTACT THE PROBATION OFFICE.**

**PURPOSE OF THIS TRIP:**

Visit family

**SPECIAL INSTRUCTIONS:**   (INCLUDE REQUIREMENTS OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA.  ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. You shall abide by your conditions of pretrial release;

2. You shall call your probation officer as soon as you are aware of the need to remain away from the District of Idaho for a longer period than authorized;

3. You shall call your probation officer if you change accommodations/location; and

4. You shall return your passport the following business day after your return.

**COPY EMAILED TO CHIEF PRETRIAL SERVICES OFFICER IN DISTRICT OF DESTINATION:**



TRINA P. DUENAS
U.S. PRETRIAL SERVICES OFFICER

NAME _____   ☐ Approved  | ☐ Disapproved

ADDRESS _____