IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Court of Appeals No. 20-10072 |
| | ) |
| Plaintiff, | ) District Court No. 19-00012 |
| | ) |
| vs. | ) |
| | ) |
| MICHAEL LOUIS MCCARRON, | ) |
| | ) |
| _____ Defendant. _) | |

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE JOAQUIN V.E. MANIBUSAN, JR.,
MAGISTRATE JUDGE
APRIL 12, 2019; 1:32 P.M.
HAGATNA, GUAM

**Continued Bail Hearing**

Proceedings recorded *electronically.*

Veronica F. Flores, CSR-RPR
Official Court Reporter
520 W. Soledad Avenue
Hagatna, Guam 96910

APPEARANCES


Appearing on behalf of plaintiff:


OFFICE OF THE UNITED STATES ATTORNEY
BY: STEPHEN LEON GUERRERO, AUSA
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
(671) 472-7332


Appearing on behalf of defendant:


OFFICE OF THE FEDERAL PUBLIC DEFENDER
BY: JOHN T. GORMAN, FPD
400 Route 8, Suite 501
FHB Building
Mongmong, Guam 96910
(671) 472-7111


ALSO PRESENT:

Michael McCarron, Defendant

Trina Duenas, Probation


-------------------------------------------

I N D E X


Page


Defendant released to return to Boise, Idaho          6

|   | | |
|---|---|---|
| 1 | April 12, 2019; 1:32 p.m.; Hagatna, Guam | 03:09PM |
| 2 | * * * | 03:09PM |
| 3 | | 03:10PM |
| 4 | THE CLERK:  Criminal Case 19-00012, *USA versus* | 03:10PM |
| 5 | *Michael Louis McCarron*, Continued Bail Hearing. | 03:10PM |
| 6 | Counsel, please state your appearances. | 03:10PM |
| 7 | MR. LEON GUERRERO:  Buenas and hafa adai, Your | 03:10PM |
| 8 | Honor, Stephen Leon Guerrero on behalf of United States. | 03:10PM |
| 9 | THE COURT:  Good afternoon. | 03:10PM |
| 10 | MR. GORMAN:  Buenas and hafa adai, Your Honor, | 03:10PM |
| 11 | John Gorman, Federal Public Defender, on behalf of | 03:10PM |
| 12 | Mr. McCarron.  He's now seated to my right. | 03:10PM |
| 13 | THE COURT:  All right.  And the matter before the | 03:10PM |
| 14 | Court, I guess, for a status hearing to see whether the | 03:10PM |
| 15 | probation office has heard from the District of Idaho whether | 03:10PM |
| 16 | or not they're able to supervise Mr. McCarron again, should he | 03:10PM |
| 17 | be permitted to leave Guam to go to Boise in Idaho, pending | 03:10PM |
| 18 | any final hearing. | 03:11PM |
| 19 | PROBATION OFFICER:  Yes, Your Honor, we were able | 03:11PM |
| 20 | to make contact with the District of Idaho and they did | 03:11PM |
| 21 | confirm that if the Court ordered it, they would accept | 03:12PM |
| 22 | pretrial supervision and they asked that upon arrival, that | 03:12PM |
| 23 | Mr. McCarron immediately report to the probation office and I | 03:12PM |
| 24 | believe the probation office there has already made contact | 03:12PM |
| 25 | with them earlier today regarding all of this. | 03:12PM |

| | |
|---|---|
| 1 | MR. GORMAN:  That is true. | 03:12PM |
| 2 | THE COURT:  All right, just a couple things that | 03:12PM |
| 3 | the Court wants to address before making final decisions | 03:13PM |
| 4 | herein.  Mr. McCarron, if the Court permits you to leave to go | 03:13PM |
| 5 | back to Idaho, you understand that you have to come back for | 03:13PM |
| 6 | trial? | 03:13PM |
| 7 | THE DEFENDANT:  Yes, Your Honor. | 03:13PM |
| 8 | THE COURT:  All right.  Are you prepared to do | 03:13PM |
| 9 | that -- | 03:13PM |
| 10 | THE DEFENDANT:  Yes, Your Honor. | 03:13PM |
| 11 | THE COURT:  -- financially?  All right.  And have | 03:13PM |
| 12 | you purchased a ticket yet or are you -- be purchasing one? | 03:13PM |
| 13 | THE DEFENDANT:  I'll be purchasing one after | 03:13PM |
| 14 | approximately 1900 hours tonight. | 03:13PM |
| 15 | THE COURT:  Okay.  Well, today is Friday.  Is | 03:13PM |
| 16 | there a possibility -- how would we be able to have you send | 03:13PM |
| 17 | maybe a copy of that itinerary to the probation office. | 03:13PM |
| 18 | THE DEFENDANT:  Yes, Your Honor and we already | 03:13PM |
| 19 | gotten an e-mail from -- | 03:13PM |
| 20 | THE COURT:  To send one? | 03:13PM |
| 21 | THE DEFENDANT:  Yes, Your Honor. | 03:14PM |
| 22 | MR. GORMAN:  His wife -- he's not allowed to use | 03:14PM |
| 23 | the internet so his wife has gotten Trina's e-mail and mine | 03:14PM |
| 24 | and is going to, as soon as they get the reservation, send it. | 03:14PM |
| 25 | Or the ticket. | 03:14PM |

|   |   |   |
|---|---|---|
| 1 | THE COURT: Now, the only other concern that I | 03:14PM |
| 2 | have is I think in reading the presentence investigation | 03:14PM |
| 3 | report, it seemed that indicate that you had sold generally | 03:14PM |
| 4 | your possessions to come here. | 03:15PM |
| 5 | THE DEFENDANT: I still have enough possessions | 03:15PM |
| 6 | to live in Boise, Idaho. We have it in a small storage shed. | 03:15PM |
| 7 | THE COURT: All right. And, currently, you're | 03:15PM |
| 8 | not employed, right? | 03:15PM |
| 9 | THE DEFENDANT: Currently, I'm not. I do have | 03:15PM |
| 10 | access to doing Instacart and DoorDash and services like that | 03:15PM |
| 11 | to earn money. | 03:15PM |
| 12 | THE COURT: So you'll be able to support yourself | 03:15PM |
| 13 | financially when you go back? | 03:15PM |
| 14 | THE DEFENDANT: Yes, Your Honor. | 03:15PM |
| 15 | THE COURT: All right. And I guess, finally, so | 03:15PM |
| 16 | you could keep in mind this, generally, the whole purpose of | 03:15PM |
| 17 | allowing you to go back, it appears to me, would be that the | 03:15PM |
| 18 | conditions for purposes of meeting the electronic requirement | 03:15PM |
| 19 | of the statute are more difficult to set up here, as opposed | 03:16PM |
| 20 | to back there. So in the event that you are to return, you | 03:16PM |
| 21 | know, you still need to face those same conditions and same | 03:16PM |
| 22 | hurdles, so I just want to apprise you ahead of time that | 03:16PM |
| 23 | those concerns will still be concerns that would be raised | 03:16PM |
| 24 | when you do return. Do you understand that? | 03:16PM |
| 25 | THE DEFENDANT: Yes, Your Honor. | 03:16PM |

THE COURT:  All right.  And I say it just so there could be more preparation I guess when you return as opposed to the preparation that's before the Court at the present time.

THE DEFENDANT:  Yes, Your Honor.

THE COURT:  All right.  So the Court then will order that as part of your bail here, sir, that the Court will release you to return to, I guess, Boise, Idaho is where you live, and ordering that you leave the territory of Guam on Sunday, that's the plan, right?

THE DEFENDANT:  Sunday or Monday, depending on the ticket.

THE COURT:  No later than Monday though?

THE DEFENDANT:  No later than Monday, yes, Your Honor.

THE COURT:  And providing the probation office a copy of your itinerary and also the Court will order that all the conditions that have been set in place by the District of Idaho, in terms of your release there, will be the conditions of release that will be imposed by the Court herein.

THE DEFENDANT:  Yes, Your Honor.

THE COURT:  Any other concerns or any other matters that we need to address?

MR. LEON GUERRERO:  Yes, Your Honor.  And I guess one of the things given that the defendant anticipates leaving

```
 1   on Sunday is, you know, what is he going to be doing in the      03:17PM
 2   interim and --                                                   03:17PM
 3              THE COURT:  Well, the Court has imposed                03:18PM
 4   conditions that he not leave his hotel.                          03:18PM
 5              MR. LEON GUERRERO:  Okay.                              03:18PM
 6              THE COURT:  Unless for necessary matters and I        03:18PM
 7   guess also would be for transportation to the airport for        03:18PM
 8   purposes of leaving Guam on Sunday or Monday, to return to the   03:18PM
 9   District of Idaho.                                               03:18PM
10              MR. LEON GUERRERO:  Yes, Your Honor.                   03:18PM
11              THE COURT:  Other than that, his movements are        03:18PM
12   restricted.  If there are no other concerns, I thank you for     03:18PM
13   being here with us this afternoon.                               03:18PM
14              MR. GORMAN:  Thank you, Your Honor.                    03:18PM
15              THE DEFENDANT:  Thank you, Your Honor.                 03:18PM
16              THE COURT:  You're welcome.                            03:18PM
17              (Proceedings concluded at 1:39 p.m.)                   03:18PM
18                            * * *
19
20
21
22
23
24
25
```

CERTIFICATE OF OFFICIAL REPORTER


CITY OF HAGATNA      )
                     )  ss.
TERRITORY OF GUAM    )


        I, Veronica F. Flores, Official Court Reporter for
the United States District Court of Guam, do hereby certify
the foregoing pages, 1 to 7, to be a true and correct
transcription of the electronically-recorded proceedings held
in the above-entitled matter to the best of my ability.
        Dated this 25th day of April 2020.


                            /s/Veronica F. Flores
                            Veronica F. Flores